**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **LOANDEPOT.COM, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-531 (MTT)** |
| | ) | |
| **SUSAN L. BUCKNER and UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Plaintiff moves to reinstate this case because Defendant Susan L. Buckner is no longer engaged in a loss mitigation workout plan. ECF 15. The motion (ECF 15) is **GRANTED**, and the stay is **LIFTED**.

**SO ORDERED**, this 25th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT