**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **LOANDEPOT.COM, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-531 (MTT)** |
| | ) | |
| **SUSAN L. BUCKNER and THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff moves for a second order requiring Defendant Susan L. Buckner to appear and plead. ECF 17. Pursuant to 28 U.S.C. § 1655, the Court may issue an order requiring a defendant to appear or plead by a certain day when that defendant "cannot be served within the State" or "does not voluntarily appear," given certain conditions are met. Where personal service of the order is not practicable, the order shall be published as the Court may direct.

Plaintiff's motion (ECF 17) is **GRANTED**.

The Court **ORDERS** Defendant Susan L. Buckner to appear and plead in the above-captioned case by the sixtieth day after this order is entered, no later than **December 4, 2026**.

The Court **ORDERS** Plaintiff to serve notice of this order on Defendant Susan L. Buckner by publication in the designated legal organ of Houston County, Georgia, said

notice appearing once a week for six consecutive weeks, and Plaintiff shall file proof of said publication in this case upon completion.

**SO ORDERED**, this 5th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT