**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **LOANDEPOT.COM, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SUSAN L. BUCKNER and THE UNITED STATES OF AMERICA,**<br><br>**Defendants.** | ) | **CIVIL ACTION NO. 5:25-cv-531 (MTT)** |

**ORDER**

Defendant Susan L. Buckner has entered into a third loss mitigation workout plan. ECF 19 at 2. Thus, Plaintiff's third motion to stay the case (ECF 19) is **GRANTED**. The case is **STAYED** indefinitely. Plaintiff shall file a status report in ninety days, no later than **January 19, 2027**, and every ninety days thereafter until the stay is lifted.

It is further **ORDERED** that, should the loss mitigation workout plan described in the motion end in a manner allowing foreclosure to proceed, Plaintiff may move to resume the case accordingly.

**SO ORDERED**, this 21st day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT